# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1536

_____

MARK HAMMELMAN,

Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 17, 2025

PER CURIAM.

DISMISSED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lee Meadows, Tallahassee, for Petitioner.

Kathy A. Jimenez-Morales, Tallahassee, for Respondent.